## J. K. RAY v. MRS. A. D. ROSS.

(Filed 12 November, 1924.)

APPEAL by plaintiff from *Sinclair, J.,* at March Term, 1924, of DURHAM.

*Brogden, Reade & Bryant for plaintiff.*
*R. H. Sykes for defendant.*

PER CURIAM. This was an appeal from a judgment of nonsuit in the court below. From the evidence set out in the record, taken in a light most favorable to plaintiff, we think the case should have been submitted to a jury. The evidence excluded was competent.

We think the case is governed by the principle laid down in *Taylor v. Lee,* 187 N. C., p. 393.

For the reasons given, the judgment must be
Reversed.